**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Daniel Allan Schneider, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| N.D.D.O.C.R., et. al., | ) | |
| | ) | Case No. 1:13-cv-016 |
| Defendants. | ) | |

Plaintiff is an inmate at the North Dakota State Penitentiary in Bismarck, North Dakota. He initiated the above-entitled action on February 4, 2013, by lodging with the court a complaint pursuant to 42 U.S.C. § 1983. This matter is now before the court for an initial review as mandated by 28 U.S.C. §1915A.

The undersigned has reviewed the complaint and is not prepared to conclude at this point that no claim for relief has been stated. Accordingly, it is hereby **ORDERED** that the Clerk's office effectuate service of the summons and complaint upon the Defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure and, if necessary, that the service be made by the United States Marshals Service.

Dated this 5th day of February, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court